```
                    FILED
         CLERK, U.S. DISTRICT COURT
               JUN 19 2020
         CENTRAL DISTRICT OF CALIFORNIA
         BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 19-0590-ODW |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| Rajnesh Chand, ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist/Calif** for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on **insufficient bail resources, ongoing substance abuse,**

_twice absconded from supervision_

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _felony conviction while on supervision, history of domestic violence, current restraining order_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _June 19, 2020_

_/s/ Jean Rosenbluth_
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE